IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CYNTHIA JANE WILSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN J. COLVIN, )<br>Defendant. ) | Case No. 15-0559-CV-W-JTM |

## ORDER

Pending before the Court is the MOTION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT [Doc. 21]. The Commissioner does not oppose the award of attorney's fees but asks the Court to reduce the total number of hours in this case from 44.5 hours to 36 hours. The Equal Access to Justice Act authorizes an award of fees in amounts that are "reasonable." 28 U.S.C. § 2412(d)(2)(A). Taking into consideration the length of the administrative record, the length of plaintiff's brief, the number of citations provided in that brief and the considerable experience and expertise of plaintiff's counsel at the oral argument, the Court finds the requested 44.5 hours to be a reasonable number of hours spent in this case.

Accordingly, it is

**ORDERED** that the MOTION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT [Doc. 21] is **GRANTED** and plaintiff is awarded EAJA fees in the amount of $8,202.69.

                                           */s/ John T. Maughmer*
                                                 **John T. Maughmer**
                               **United States Magistrate Judge**